**Order entered March 25, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00944-CR

**BRYCE DAREC CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83633-2017**

## ORDER

Before the Court is appellant's March 21, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Mitchell R. Nolte and **SUBSTITUTE** Kristin R. Brown as counsel for appellant. All future correspondence should be sent to Kristin R. Brown; The Law Office of Kristin R. Brown, PLLC; 17304 Preston Road; Suite 1250; Dallas, Texas 75252; telephone: (214) 446-3909; email: kbrown@idefenddfw.com.

We **EXTEND** the time to file appellant's brief to **April 23, 2019**.

/s/     CORY L. CARLYLE
           JUSTICE